UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday November 24, 2003
10:30 a.m.

CASE NO. **3:03cv381 MRK**    <u>Lynch v Mc Namara</u>

Margaret Q. Chapple
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06105


Sebastian O. DeSantis
Sabilia DeSantis & Waggoner
The Ockford Hose Company Bldg
247 Shaw St., PO Drawer 191
New London, CT 06320


Clare E. Kindall
Attorney General's Office
PO Box 120, 4th Floor
55 Elm St.
Hartford, CT 06141-0120


Mark P. Kindall
Attorney General's Office
55 Elm St.
Hartford, CT 06106

STATUS CONFERENCE HELD

DATE: 11/24/03

35 min

Gilbert Shasha
P. O. Box 1736
New London, CT 06320

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK