UNITED STATES DISTRICT COURT
**DISTRICT OF CONNECTICUT** FILED

DEC 11

CIVIL ACTION NO. 3:03CV0381(MRK)

U.S DISTRICT COURT
NEW HAVEN, CONN.

TODD LYNCH,
    *Plaintiff*              :

     v.                  :
                          :

KATHY MCNAMARA,
TIMOTHY BARRY, and
FRANK GRIFFIN, in their individual
Capacities
    *Defendants*       :        DECEMBER 10, 2003

### REQUEST TO WITHDRAW SECOND MOTION
### TO DISMISS WITHOUT PREJUDICE

As suggested during the status conference in November 2003, the state employee

defendants, Kathy McNamara, Timothy Barry and Frank Griffin, in their individual capacities,

hereby request the Court for permission to withdraw their second motion to dismiss without

prejudice, so that they may file a motion for summary judgment in its stead.  Given the discovery

posture of this matter, the defendants respectfully submit that as a matter of judicial economy,

resolution of the issues pending in this matter will be facilitated by the filing of a motion for

summary judgment, rather than relying upon the pending second motion to dismiss.

The state employee defendants also note that because they are withdrawing their second

motion to dismiss, the supplemental briefing on the motion requested by the Court will not be

necessary at this time.

DEFENDANTS Kathy McNamara,
Timothy Barry and Frank Griffin in their
individual capacities

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Clare E. Kindall
Assistant Attorney General
Federal Bar No. ct13688
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Clare.Kindall@po.state.ct.us

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing was served by both

facsimile and by first-class mail, postage prepaid, in accordance with Rule 5(b) of the Federal

Rules of Civil Procedure on this 10th day of December,  2003 to:

Sebastian O. DeSantis, Esq.
Sabilia & DeSantis, LLC
247 Shaw Street
P.O. Drawer 191
New London, CT 06320

Gilbert Shasha, Esq.
37 Granite Street
P.O. Box 1736
New London, CT 06320

_____
Clare E. Kindall
Assistant Attorney General

2