## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD LYNCH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:03CV381 (MRK) |
| | : | |
| KATHY MCNAMARA, | : | |
| TIMOTHY BARRY, and FRANK GRIFFIN, | : | |
| in their individual capacities, | : | |
| | : | |
| Defendants. | : | |

### ORDER

Defendants' Request To Withdraw Second Motion To Dismiss Without Prejudice [doc. #25], dated December 10, 2003, is hereby **GRANTED** and their second Motion To Dismiss [doc. #15] is hereby **DENIED** without prejudice and without considering the merits of the motion.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

**Dated at New Haven, Connecticut:** December 16, 2003.