UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD LYNCH, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL NO. 3:03CV381 (MRK) |
| : | |
| KATHY MCNAMARA, : | |
| TIMOTHY BARRY, and FRANK GRIFFIN, : | |
| in their individual capacities, : | |
| : | |
| Defendants. : | |

**ORDER**

The Court having conferred telephonically with the parties on January 29, 2004 in the above-captioned matter, the following is hereby ordered:

1) The Motion for Order Compelling Disclosure [doc. #27] is GRANTED. The plaintiff shall produce the documents requested by the defendants by fax or by hand no later than **February 6, 2004**;

2) The plaintiff shall have until **February 6, 2004** to depose Officer Kennefek.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: <u>January 29, 2004</u>.