UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| TODD LYNCH,<br>*Plaintiff* | CIVIL ACTION NO. 3:03CV0381(MRK) |
| v. | |
| KATHY MCNAMARA,<br>TIMOTHY BARRY, and<br>FRANK GRIFFIN, in their individual<br>Capacities<br>*Defendants* | FEBRUARY 10, 2004 |

**DEFENDANTS' MOTION FOR EXTENSTION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

The state employee defendants, Kathy McNamara, Timothy Barry and Frank Griffin, in their individual capacities, hereby respectfully move for a five-week extension of time to file their motion for summary judgment in this matter, from February 17, 2004 to March 23, 2004. Darren G. Waggoner, counsel for the plaintiff, has graciously indicated that he does not object to the extension of time. The reasons for the extension are as follows:

(1) Pursuant to the Court's Order of January 29, 2004, Sgt. Paul Kenefick was deposed by plaintiff's counsel on Thursday, January 5, 2004. Sgt. Kenefick provided useful testimony, and his deposition transcript has not yet been received by the undersigned counsel.

(2) The State is closed February 12 and 16th for state holidays, and the undersigned counsel will be out-of-state on vacation from February 17-20, 2004. Thus time for completing the motion has become quite abbreviated. Moreover, upon the return from vacation, several judicial deadlines will becoming due, which will further complicate completion of the motion.

(3) Co-counsel on this matter likewise will be on vacation during the week of February 17-20, and upon his return, will be in a federal jury trial before Judge Underhill starting

the second week in March. Thus, co-counsel will require the time prior to March 9, 2004 to prepare for trial, and will subsequently be in trial, and thus will not be available to complete the motion.

(4)    The extension of time will not unduly delay adjudication of this matter, and will greatly enhance the quality of the submission for the Court's consideration.

WHEREFORE, the defendants respectfully request an extension of time up to and including March 23, 2004 to submit a motion for summary judgment in this matter.

DEFENDANTS Kathy McNamara,
Timothy Barry and Frank Griffin in their
individual capacities

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Clare E. Kindall
Assistant Attorney General
Federal Bar No. ct13688
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Clare.Kindall@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing was served by first-class mail, postage prepaid, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 10th day of February, 2004 to:

Sebastian O. DeSantis, Esq.
Sabilia & DeSantis, LLC
247 Shaw Street
P.O. Drawer 191
New London, CT 06320

Gilbert Shasha, Esq.
37 Granite Street
P.O. Box 1736
New London, CT 06320

_____
Clare E. Kindall
Assistant Attorney General