UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD LYNCH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:03CV381 (MRK) |
| | : | |
| KATHY MCNAMARA, | : | |
| TIMOTHY BARRY, and FRANK GRIFFIN, | : | |
| in their individual capacities, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Defendants' Motion For Extension Of Time To File Motion For Summary Judgment [doc. #32], dated February 10, 2004, is hereby **GRANTED**. Defendants shall file their motion for summary judgment on or before **March 23, 2004**.

                                                            IT IS SO ORDERED.


                                              /s/      Mark R. Kravitz
                                                            U.S.D.J.


Dated at New Haven, Connecticut: February 17, 2004.