UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD LYNCH, | : | CIVIL ACTION NO. 3:03CV0381(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| KATHY MCNAMARA, | : | |
| TIMOTHY BARRY, and | : | |
| FRANK GRIFFIN, in their individual | : | |
| Capacities | : | |
| *Defendants* | : | MARCH 23, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, state employees Kathy McNamara, Timothy Barry and Frank Griffin, defendants in this action in their individual capacities, hereby move for summary judgment in their favor because there are no material facts in dispute and they are entitled to judgment as a matter of law. Moreover, all claims against the state defendants are barred by qualified immunity. Finally, the claims against assistant state's attorney McNamara are barred by absolute immunity. A memorandum in support of this motion accompanies this motion.

DEFENDANTS Kathy McNamara,
Timothy Barry and Frank Griffin in their
individual capacities

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Clare E. Kindall
Assistant Attorney General
Federal Bar No. ct13688
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Clare.Kindall@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing Defendants' Motion for Summary Judgment was served by first-class mail, postage prepaid, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 23rd day of March, 2004 to:

> Sebastian O. DeSantis, Esq.
> Sabilia & DeSantis, LLC
> 247 Shaw Street
> P.O. Drawer 191
> New London, CT 06320
>
> Gilbert Shasha, Esq.
> 37 Granite Street
> P.O. Box 1736
> New London, CT 06320

And by interoffice mail to:

> Mark P. Kindall, AAG
> Office of the Attorney General
> 55 Elm Street, 4th floor
> Hartford, CT 06106

_____
Clare E. Kindall
Assistant Attorney General