UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD LYNCH, | : | CIVIL ACTION NO. 3:03CV0381(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| KATHY MCNAMARA, | : | |
| TIMOTHY BARRY, and | : | |
| FRANK GRIFFIN, in their individual | : | |
| Capacities | : | |
| *Defendants* | : | MARCH 23, 2004 |

**TESTIMENTARY EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT AND STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

A. Affidavit of Sarah Kasacek.

B. Affidavit of Frank Griffin.

C. Discovery Response of Timothy Barry.

D. Discovery Response of Frank Griffin.

E. Discovery Response of Kathy McNamara.

F. Transcript excerpts of Deposition of Paul Kenefick.

G. Transcript excerpts of Deposition of Todd Lynch.

<pre>                                          DEFENDANTS Kathy McNamara,
                                          Timothy Barry and Frank Griffin in their
                                          individual capacities

                                          RICHARD BLUMENTHAL
                                          ATTORNEY GENERAL

                                 BY:      _____
                                          Clare E. Kindall
                                          Assistant Attorney General
                                          Federal Bar No. ct13688
                                          55 Elm Street, P.O. Box 120
                                          Hartford, CT  06141-0120
                                          Tel: (860) 808-5020
                                          Fax: (860) 808-5347
                                          Clare.Kindall@po.state.ct.us
</pre>

## **CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing Testimentary Exhibits in Support of Defendant's Motion for Summary Judgment was served by first-class mail, postage prepaid, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 23rd day of March, 2004 to:

Sebastian O. DeSantis, Esq.
Sabilia & DeSantis, LLC
247 Shaw Street
P.O. Drawer 191
New London, CT 06320

Gilbert Shasha, Esq.
37 Granite Street
P.O. Box 1736
New London, CT 06320

And by interoffice mail to:

Mark P. Kindall, AAG
Office of the Attorney General
55 Elm Street, 4th floor
Hartford, CT 06106

<pre>                                          _____
                                          Clare E. Kindall
</pre>

Assistant Attorney General