UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD LYNCH, | : | CIVIL ACTION NO. 3:03CV0381(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| KATHY MCNAMARA, | : | |
| TIMOTHY BARRY, and | : | |
| FRANK GRIFFIN, in their individual | : | |
| Capacities | : | |
| *Defendants* | : | MARCH 23, 2004 |

**EVIDENTIARY EXHIBITS SUBMITTED IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT AND
STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

CONTRACTS

1.    Chapter 5 – Disciplinary Procedure of State Police Administration and Operations
      Manual [Deposition Exhibit 10; Bates nos. 616-688].

2.    Articles 14 and 15 of State Police Bargaining Unit Contract [Deposition Exhibit
      11].

3.    Section 19 of the State Police Administrative and Operations Manual (provisions
      on improper arrest and release after arrest).

ANDERSON INTERNAL AFFAIRS INVESTIGATION

4.    January 4, 2001 Notice to Sgt. Todd Lynch of Anderson Internal Affairs ("IA")
      Investigation with subsequently completed Complaint Against Personnel form
      [Deposition Exhibit 14, 1st 2 pages].

5.    List of Action Taken by Sgt. Paul Kenefick in Anderson IA Investigation
      [Deposition Exhibit 17].

6.    Executive Summary for Anderson IA Investigation [Deposition Exhibit 15].

7.    Investigative Report for Anderson IA Investigation [Deposition Exhibit 16].

DOCUMENTS FROM NOVEMBER 28, 2000 ACTIVITIES RE: RODRIGUEZ

8.     December 4, 2000 Investigation Initial Report of complaint made November 28, 2000 re: Ruben Rodriguez [Bates nos. 429-433].

9.     Witness Statement of Ruben Rodriguez dated November 28, 2000, starting 1730 HRS, signed by Trooper, not signed by witness [Bates nos. 436-438].

10.    Witness Statement of Ruben Rodriguez dated November 28, 2000 time starting at 2000 HRS, signed by witness and witnessed by Trooper [Bates nos. 434-435].

11.    Confidential Informant Registration Application for Ruben Rodriguez dated November 28, 2000 [Bates nos. 549-552].

12.    Property Seized Report of November 28, 2000 and Supplemental Investigation Report of December 5, 2000 [Bates nos. 439-442].

RODRIGUEZ INTERNAL AFFAIRS INVESTIGATION

13.    March 28, 2001 Notice to Sgt. Todd Lynch of Rodriguez complaint of March 28, 2001 with complaint against personnel form [Deposition Exhibit 19, 1st pg, Bates no. 2 and Bates no. 711].

14.    List of Action Taken by Sgt. Paul Kenefick in Rodriguez IA Investigation [Deposition Exhibit 22; Bates nos. 54-58].

15.    Transcript of Lynch IA Interview of August 1, 2001 for Rodriguez IA Investigation [Deposition Exhibit 12; Bates nos. 343-375].

16.    Sgt. Paul Kenefick's draft report dated November 6, 2001 for Rodriguez IA Investigation [Excerpt of Deposition Exhibit 32; Bates nos. 723-748].

17.    List of Action Taken by Lt. Sarah Kasacek in Rodriguez IA Investigation [Deposition Exhibit 28; Bates nos. 59-66].

18.    List of Action taken by Cpt. Louis Lacaprucia in Rodriguez IA Investigation [Deposition Exhibition 30; Bates nos. 49-52].

19.    December 6, 2001 Notice to Lt. Thomas Hogarty re: IA Investigation initiated against him with attached, completed Complaint Against Personnel form [Bates nos. 5 and 6].

20.    Correspondence to/from Lt. Hogarty re: interviews for Rodriguez IA Investigation [Bates nos. 8-11].

2

21.    February 7, 2002 Notice to Sgt. Lynch re:  second interview and transcript of second interview held February 13, 2002 [Deposition Exhibits 20, 13; Bates nos. 7, 377-427.

22.    March 19, 2002 Executive Summary of Rodriguez IA Investigation Report [Deposition Exhibit 29; Bates nos. 13-14].

23.    March 19, 2002 Investigative Report for Rodriguez IA Investigation [Deposition Exhibits 23; Bates nos. 16-46].

24.    List of Exhibits to March 19, 2002 Investigation Report for Rodriguez IA Investigation [Deposition Exhibit 21; Bates nos. 68-69].

25.    Completed Complaint Against Personnel Form re:  Rodriguez complaint against Sgt. Lynch [from Deposition Exhibit 19; Bates no. 4].

DISCIPLINE AND GRIEVANCE

26.    April 25, 2002 Notice of Intent to Discipline Notice to Sgt. Todd Lynch [Deposition Exhibit 25].

27.    April 19, 2002 letter to Sgt. Todd Lynch re:  discipline signed April 30, 2002 by Major Frank Griffin [Deposition Exhibit 24].

28.    May 14, 2002 Grievance filed for Sgt. Todd Lynch.

29.    November 7, 2002 Stipulated Agreement Settling Grievance.


DEFENDANTS Kathy McNamara, Timothy Barry and Frank Griffin in their individual capacities

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    _____
Clare E. Kindall
Assistant Attorney General
Federal Bar No. ct13688
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Clare.Kindall@po.state.ct.us

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing Motion for

Summary Judgment Documentary Evidence Exhibits was served by first-class mail,

postage prepaid, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure

on this 23rd day of  March,  2004 to:

Sebastian O. DeSantis, Esq.
Sabilia & DeSantis, LLC
247 Shaw Street
P.O. Drawer 191
New London, CT 06320

Gilbert Shasha, Esq.
37 Granite Street
P.O. Box 1736
New London, CT 06320

And by interoffice mail to:

Mark P. Kindall, AAG
Office of the Attorney General
55 Elm Street, 4th floor
Hartford, CT 06106

_____
Clare E. Kindall
Assistant Attorney General

4