UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD LYNCH, | :    C.A. NO. 3:03 CV0381 (MRK) |
| PLAINTIFF, | : |
| | : |
| KATHY MCNAMARA, ET. AL., | : |
| DEFENDANTS. | :    APRIL 7, 2004 |

### PLAINTIFF'S ASSENT MOTION FOR EXTENSION IN TIME

Pursuant to Federal Rules of Civil Procedure, Rule 6(b) and Local Rules of Civil Procedure, Rule 7(b), Plaintiff moves for a short extension in time, until April 23, 2004, to file and serve Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In support of this Motion, Plaintiff says that:

1. Plaintiff is presently preparing Plaintiff's Opposition to Defendant's Motion for Summary Judgment but, due to the volume/complexity of Defendant's Motion, Plaintiff anticipates that he will not complete Plaintiff's Opposition until about April 23, 2004.

2. Defendants assent to the allowance of this Motion.

3. This is the first Motion for Extension in time Plaintiff has filed with respect to this time limitation.

4. No party will be prejudiced if this Motion is allowed.

ORDERED ACCORDINGLY
KEVIN [signature], Clerk of Court
By [signature], Deputy Clerk

WHEREFORE, Plaintiff respectfully requests that this Motion be ALLOWED.

*[signature]*
Sebastian O. DeSantis (FBN CT20116)
Sabilia, DeSantis & Waggoner, LLC
Attorney for Plaintiff
247 Shaw Street, P.O. Drawer 191
New London, CT 06320
Tel: 860-444-0144, Fax: 860-443-0003
desantis@sdwllc.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by mail on April 7, 2004 to:

Clare E. Kindall (FBN 13688)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020, Fax: (860) 808-5347
Clare.Kindall@po.state.ct.us
Federal Bar No. ct 13688

Mark P. Kindall (FBN 13797)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020, Fax: (860) 808-5347
Mark.Kindall@po.state.ct.us

Gilbert Shasha
P.O. Box 1736
New London, CT 06320

_____
Sebastian O. DeSantis