UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD LYNCH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:03CV381 (MRK) |
| | : | |
| KATHY MCNAMARA, | : | |
| TIMOTHY BARRY, and FRANK GRIFFIN, | : | |
| in their individual capacities, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Assent Motion For Extension In Time [doc. #39], dated April 7, 2004, is hereby GRANTED. Plaintiff shall file his Opposition to Defendants' Motion for Summary Judgment on or before **April 23, 2004**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 16, 2004.