UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD LYNCH, | : | C.A. NO. 3:03 CV0381 (MRK) |
| PLAINTIFF, | : | |
| | : | |
| KATHY MCNAMARA, ET. AL., | : | |
| DEFENDANTS. | : | APRIL 21, 2004 |

### PLAINTIFF'S ASSENT MOTION FOR EXTENSION IN TIME

Pursuant to Federal Rules of Civil Procedure, Rule 6(b) and Local Rules of Civil Procedure, Rule 7(b), Plaintiff moves for a short extension in time of one business day, until April 26, 2004, to file and serve Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In support of this Motion, Plaintiff says that:

1. Plaintiff is presently preparing Plaintiff's Opposition to Defendant's Motion for Summary Judgment but, due to the volume/complexity of Defendant's Motion, Plaintiff believes that, while he may very well complete same by April 23, 2004, it is possible that he will not be able to complete same until April 26, 2004.

2. Defendants do not object to the allowance of this Motion.

3. This is the second Motion for Extension in Time Plaintiff has filed with respect to this time limitation.

4. No party will be prejudiced if this Motion is allowed.

WHEREFORE, Plaintiff respectfully requests that this Motion be ALLOWED.

*[signature]*
Sebastian O. DeSantis (FBN CT20116)
Sabilia, DeSantis & Waggoner, LLC
Attorney for Plaintiff
247 Shaw Street, P.O. Drawer 191
New London, CT 06320
Tel: 860-444-0144, Fax: 860-443-0003
desantis@sdwllc.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served by mail on April 21, 2004 to:

Clare E. Kindall (FBN 13688)  
Assistant Attorney General  
55 Elm Street, P.O. Box 120  
Hartford, CT 06141-0120  
Tel: (860) 808-5020, Fax: (860) 808-5347  
Clare.Kindall@po.state.ct.us  
Federal Bar No. ct 13688

Gilbert Shasha  
P.O. Box 1736  
New London, CT 06320

Mark P. Kindall (FBN 13797)  
Assistant Attorney General  
55 Elm Street, P.O. Box 120  
Hartford, CT 06141-0120  
Tel: (860) 808-5020, Fax: (860) 808-5347  
Mark.Kindall@po.state.ct.us

                                            _____  
                                            Sebastian O. DeSantis