UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TODD LYNCH,                                    :          C.A. NO. 3:03 CV0381 (MRK)

PLAINTIFF,                                     :

                                               :

                                               :

KATHY MCNAMARA, ET. AL.,                       :

                                               :

DEFENDANTS.                                    :          APRIL 26, 2004

### PLAINTIFF'S FINAL MOTION FOR EXTENSION IN TIME

Pursuant to Federal Rules of Civil Procedure, Rule 6(b) and Local Rules of Civil

Procedure, Rule 7(b), Plaintiff moves for a short extension in time of three business days, until

April 29, 2004, to file and serve Plaintiff's Opposition to Defendant's Motion for Summary

Judgment. In support of this Motion, Plaintiff says that:

1.    Plaintiff's counsel is presently preparing Plaintiff's Opposition to Defendant's

      Motion for Summary Judgment. Plaintiff's counsel had expected to complete

      same on or before April 26, 2004, but, unfortunately, Plaintiff's counsel was

      violently ill throughout the weekend and, thus, was not able to do so.

2.    Plaintiff's counsel is still waiting to hear if Defendants counsel will assent to the

      allowance of this Motion. However, due to their courteous and professional

      relationship, Plaintiff fully's counsel expects that Defendants' counsel will so

assent.

3.     This is the third <u>and will be the final</u> Motion for Extension in Time Plaintiff has

filed with respect to this time limitation.

4.     No party will be prejudiced if this Motion is allowed.

WHEREFORE, Plaintiff respectfully requests that this Motion be ALLOWED.

Sebastian O. DeSantis (FBN CT20116)
Sabilia, DeSantis & Waggoner, LLC
Attorney for Plaintiff
247 Shaw Street, P.O. Drawer 191
New London, CT 06320
Tel: 860-444-0144, Fax: 860-443-0003
desantis@sdwllc.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by mail on April 26, 2004 to:

Clare E. Kindall (FBN 13688)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020, Fax: (860) 808-5347
Clare.Kindall@po.state.ct.us
Federal Bar No. ct 13688

Gilbert Shasha
P.O. Box 1736
New London, CT 06320

Mark P. Kindall (FBN 13797)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020, Fax: (860) 808-5347
Mark.Kindall@po.state.ct.us

_____
Sebastian O. DeSantis