UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD LYNCH, | : | CIVIL ACTION NO. 303CV0381 (MRK) |
| PLAINTIFF, | : | |
| | : | |
| v. | : | |
| | : | |
| CATHY MCNAMARA, ET AL, | : | |
| DEFENDANTS. | : | APRIL 29, 2004 |

## **DECLARATION OF TODD LYNCH**

Pursuant to 28 U.S.C. 1746, I declare under the penalty of perjury that the following is true and correct:

1. I have personal knowledge of the facts contained in this declaration.

2. My name is Todd Lynch.

3. I am the Plaintiff in this action.

4. The sole method by which Defendants provided me with notice of the charges against me was by providing me with a copy of the Complaint dated March 29, 2001.

5. As to the investigation taking 393 days, instead of the standard 60 days:

    A. In my nearly 17 years as an employee of the Connecticut State Police, I learned of some internal investigations which took slightly longer than the standard 60 days to complete, but I never heard of an internal investigation which took anywhere near 393 days to complete.

    B. I did not consent to this investigation taking longer than 60 days to complete.

    C. regularly complained that the investigation was taking so long.

6. I settled my grievance in the way that I did because my Labor Agent, Jerry Maguire, specifically told me that the grievance procedure, while empowered to provide an employee with certain remedies, was simply not empowered to provide an employee with the remedies that I sought: (1) reversal of Defendants' decision to sustain the charge of violating Defendants' "Release of Prisoners" policy and (2) compensation for being denied my due process rights of (a) receiving notice, (b) receiving a decision that was actually justified by the facts, (c) receiving a decision within a meaningful time, etc.

7. Maguire told me that the settlement I made was the best that I could do under the grievance procedures, and that, to obtain the other remedies I sought, I would need to file an action in court.

EXECUTED this TWENTY-NINTH day of APRIL 2004.

_____
Todd Lynch