UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD LYNCH, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL NO. 3:03CV381 (MRK) |
| : | |
| KATHY MCNAMARA, : | |
| TIMOTHY BARRY, and FRANK GRIFFIN, : | |
| in their individual capacities, : | |
| : | |
| Defendants. : | |

## ORDER

Plaintiff's Assent Motion For Extension In Time [doc. #41], dated April 21, 2004, and Plaintiff's Final Motion For Extension In Time [doc. #42], dated April 26, 2004, are hereby GRANTED *nunc pro tunc*. Plaintiff shall file his Opposition to Defendants' Motion for Summary Judgment on or before **April 29, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: May 3, 2004.