UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD LYNCH, | : | CIVIL ACTION NO. 3:03CV0381(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| KATHY MCNAMARA, | : | |
| TIMOTHY BARRY, and | : | |
| FRANK GRIFFIN, in their individual | : | |
| Capacities | : | |
| *Defendants* | : | MAY 12, 2004 |

## **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Pursuant to Local Rule 7(b), state employees Kathy McNamara, Timothy Barry and Frank Griffin, defendants in this action in their individual capacities, hereby move for a brief extension of time, up to and including May 25, 2004, to file their reply brief in support of their motion for summary judgment. The extension of time is necessary because a number of unexpected case responsibilities have been assumed by the undersigned counsel, including coordinating the response to a massive discovery production for the State in a multi-state federal antitrust litigation pending in federal district court for the Northern District of California. The undersigned also has been responsible for responding to a series of large discovery requests from various pharmaceutical company defendants in state fraud claims currently pending before the Complex Litigation Docket in Tolland. The sheer logistics of the various state and federal discovery responses has absorbed an inordinate amount of time and effort, and thus, the undersigned counsel has been unable to adequately address the arguments made in plaintiff's opposition to defendants' motion for summary judgment.

Despite the undersigned counsel's efforts, she was unable to ascertain plaintiff's counsel's views with respect to this motion, but notes that the parties have extended mutual courtesies with respect to extensions of time for prior filings in this matter.

DEFENDANTS Kathy McNamara, Timothy Barry and Frank Griffin in their individual capacities

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Clare E. Kindall
Assistant Attorney General
Federal Bar No. ct13688
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Clare.Kindall@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing Defendants' Motion for Extension of Time to File Reply Brief was served by first-class mail, postage prepaid, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12th day of May, 2004 to:

Sebastian O. DeSantis, Esq.
Darren Waggoner, Esq.
Sabilia & DeSantis, LLC
247 Shaw Street
P.O. Drawer 191
New London, CT 06320

Gilbert Shasha, Esq.
37 Granite Street
P.O. Box 1736
New London, CT 06320

And by interoffice mail to:

Mark P. Kindall, AAG
Office of the Attorney General
55 Elm Street, 4th floor
Hartford, CT 06106

_____
Clare E. Kindall
Assistant Attorney General