## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD LYNCH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:03CV381 (MRK) |
| | : | |
| KATHY MCNAMARA, | : | |
| TIMOTHY BARRY, and FRANK GRIFFIN, | : | |
| in their individual capacities, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Defendants' Motion For Extension Of Time To File Reply [doc. # 48], dated May 12, 2004, is hereby GRANTED. Defendants shall file their Reply Brief no later than **May 25, 2004**.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: May 25, 2004.