UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD LYNCH,<br><br>    Plaintiff,<br><br>v.<br><br>KATHY MCNAMARA,<br>TIMOTHY BARRY, and FRANK GRIFFIN,<br>in their individual capacities,<br><br>    Defendants. | CIVIL NO.  3:03CV381 (MRK) |

## JUDGMENT

This matter came on for consideration on defendants' Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on October 13, 2004, entered a Memorandum of Decision granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 13th day of October, 2004.

KEVIN F.  ROWE, CLERK
By
   /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____

1