UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD LYNCH, | : | CIVIL ACTION NO. 3:03CV0381(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| KATHY MCNAMARA, | : | |
| TIMOTHY BARRY, and | : | |
| FRANK GRIFFIN, in their individual | : | |
| Capacities | : | |
| *Defendants* | : | November 16, 2004 |

## DEFENDANTS' MOTION FOR COSTS

Defendant's motion for summary judgment was granted on October 13, 2004  (Doc.  # 53) and Judgment was entered on the same date (Doc. # 54).  Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned case, respectfully request that

a.       The court assess costs in this action in the amount of $963.75 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

DEFENDANTS
Kathy McNamara,
Timothy Barry and Frank Griffin in their
individual capacities

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:    _____

Mark P. Kindall
Assistant Attorney General
Federal Bar No. ct13797
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Mark.Kindall@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendants' Motion for Costs was served by first-class mail, postage prepaid, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 16th day of November, 2004 to:

> Sebastian O. DeSantis, Esq.
> Sabilia & DeSantis, LLC
> 247 Shaw Street
> P.O. Drawer 191
> New London, CT 06320

> Gilbert Shasha, Esq.
> 37 Granite Street
> P.O. Box 1736
> New London, CT 06320

And a copy by interoffice mail to:

> Clare E. Kindall, AAG
> Office of the Attorney General
> 55 Elm Street, 4th Floor
> Hartford, CT 06106

_____
Mark P. Kindall
Assistant Attorney General

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


| | | |
|---|---|---|
| TODD LYNCH, | : | CIVIL ACTION NO. 3:03CV0381(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| KATHY MCNAMARA, | : | |
| TIMOTHY BARRY, and | : | |
| FRANK GRIFFIN, in their individual | : | |
| Capacities | : | |
| *Defendants* | : | November 16, 2004 |

**BILL OF COSTS**

1. Fees of the Court Reporter .......................................... $ 787.50
   Deposition of Todd Lynch
   January 7, 2004 -- invoice attached

2. Fees of the Court Reporter…………………………… $176.25
   Deposition of James Kenefick
   February 5, 2004 --  invoice attached


   **TOTAL**                                **$  963.75**

4

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TODD LYNCH, | : | CIVIL ACTION NO. 3:03CV0381(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| KATHY MCNAMARA, | : | |
| TIMOTHY BARRY, and | : | |
| FRANK GRIFFIN, in their individual | : | |
| Capacities | : | |
| *Defendants* | : | November 16, 2004 |

**CERTIFICATION**

I, Mark P. Kindall, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Mark P. Kindall
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the _____ day of November, 2004.

_____
Notary Public/Commissioner of the Superior Court

5