# Brandon Smith Reporting Service, LLC

# Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, January 21, 2004 | 7931BL |

JAN 21

Clare Kindall
Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141

| | |
|---|---|
| Phone: | (860) 808-5020    Fax: |
| Witness: | Lynch, Todd |
| Case: | Lynch vs McNamara |
| Venue: | |
| Case #: | |
| Date: | 1/7/2004 |
| Start Time: | 10:00 AM |
| End Time: | :0 |
| Reporter: | Kathleen Morin |
| Claim #: | |
| File #: | 11179ss |

OK to pay
Clare E. Kindall
1/21/04

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 190 | $750.50 |
| Attorney General-Appearance | 1 | $75.00 |
| | Sub Total | $825.50 |
| | Payments | $0.00 |
| | Balance Due | $825.50 |

Sent to
Pub Saf 1/21/04

Fed. I.D. # 06-1448649

**We accept Visa, Mastercard and American Express!**

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850   Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, February 13, 2004 | 8378BL |

Clare Kindall
Attorney General
55 Elm Street
P.O. Box 120  4th Floor Conference Room
Hartford, CT 06141

**RECEIVED FEB 23 2004 ATTORNEY GENERAL'S OFFICE SPECIAL LITIGATION**

Phone:   (860) 808-5020     Fax:

| | |
|---|---|
| Witness: | Kenefick, James |
| Case: | Lynch vs McNamara |
| Venue: | |
| Case #: | |
| Date: | 2/5/2004 |
| Start Time: | 11:30 AM |
| End Time: | : 0 |
| Reporter: | Kelly Yarasavych |
| Claim #: | |
| File #: | 12422ss |

| Description | Quan | Total |
|---|---|---|
| Copy | 65 | $146.25 |
| Multipage Condensed | 1 | $30.00 |
| Sub Total | | $176.25 |
| Payments | | $0.00 |
| Balance Due | | $176.25 |

*handwritten: Sub to pay Pub John 2/24/04*
*handwritten: OK to pay Clare E. Kindall 2/23/04*

Fed. I.D. # 06-1448649

**We accept Visa, Mastercard and American Express!**